✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

EASTERN | **District of** | CALIFORNIA

| | |
|---|---|
| VICKY LYNNE KELLY,<br>          Plaintiff<br><br>          V. | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES** |
| COMMISSIONER of SOCIAL SECURITY,<br>          Defendant | CASE          1:11-AT-00271 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
       copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
       costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this     9th     day of              MAY              ,     2011     .

_____
/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer