# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY LYNNE KELLY,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:11-cv-00738-LJO-SKO

**ORDER GRANTING REQUEST**
**FOR EXTENSION OF TIME**

(Doc. 15)

        On January 6, 2012, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief.  (Doc. 15.)  The Court GRANTS the parties' request.

        Pursuant to the stipulated agreed upon dates, IT IS HEREBY ORDERED that:

        1.        Plaintiff shall file an opening brief **on or before February 20, 2012**;

        2.        The Commissioner shall file a responsive brief **on or before March 21, 2012**; and

        3.        Plaintiff may file a reply brief **on or before April 5, 2012.**

IT IS SO ORDERED.

**Dated:     January 6, 2012**                    /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE