# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY LYNNE KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ | Case No.: 1:11-cv-00738-LJO-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Docket No. 19)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

      On January 9, 2012, the Court granted, upon the parties' stipulation, an extension of time for the parties to file their respective briefs. Pursuant to the stipulation and Court order, Defendant Commissioner of Social Security's ("Defendant") responsive brief was due on or before March 21, 2012. (Doc. 16.) Defendant failed to file a responsive brief, and on March 28, 2012, the Court issued an order to show cause requiring that Defendant, by April 2, 2012, either file a responsive brief or show cause as to why the brief was not timely filed. (Doc. 19.) On April 2, 2012, Defendant filed a responsive brief. (Doc. 20.) As Defendant has complied with the Court's order, the Court DISCHARGES the order to show cause.

      Counsel for Defendant, Ms. Brenda Pullin, is cautioned, however, that any further failure to file timely pleadings in this or any other case before this Court may result in monetary sanctions

against her pursuant to the Local Rules of the United States District Court, Eastern District of California, Rule 110, which provides that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."[1]

Defense counsel's failure to timely file the responsive brief necessitates yet another modification to the briefing schedule to permit Plaintiff Vicky Lynne Kelly ("Plaintiff") adequate time to file a reply brief.  Pursuant to the Court's scheduling order (Doc. 7), Plaintiff has fifteen (15) days after service of Defendant's responsive brief to file a reply brief.  As such, Plaintiff may file a reply brief on or before April 17, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's March 28, 2012, order to show cause is DISCHARGED; and
2. Plaintiff may file a reply brief on or before April 17, 2012.

IT IS SO ORDERED.

**Dated:   April 3, 2012**                               /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The instant case represents the third time that counsel for Defendant, Ms. Pullin, appears to have completely missed a filing deadline with regards to a case before this Court.  In *Vasquez v. Astrue*, No. 1:10-cv-01231-SKO, counsel failed to timely file a responsive brief until after the Court issued an order to show cause and then failed to file the response to the order to show cause within the time ordered, requiring the Court to issue another order to show cause. (*See* No. 1:10-cv-01231-SKO, Docs. 17, 19.)  In *Wise v. Astrue*, No. 1:11-cv-00690-SKO, counsel failed to file a responsive brief by the Court ordered deadline, the parties filed a request for an extension of time eleven (11) days after the brief had been due, and then counsel filed the responsive brief the next day before the Court had ruled upon the parties' request for an extension of time and without seeking permission from the Court to file an untimely brief. (*See* No. 1:11-cv-00690-SKO, Doc. 19.)  Finally, in the instant case, counsel failed to file a responsive brief by the Court ordered deadline and failed to seek an extension of time; the brief was not filed until after the Court issued an order to show cause. (*See* Doc. 19.)